# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   18–12795–BFK
**Chapter**   7
**Judge**   Brian F. Kenney

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Novus Properties LLC
 505 East Braddock Rd., Apt. 406
 Alexandria, VA 22314

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax–Identification (EIN) No(s).(if any):
   Debtor:  46–1259342

## NOTICE OF FAILURE TO PROSECUTE

To:  Moving or Prevailing Party

      Upon a review of the above referenced case, or adversary proceeding, it appears that the parties may not be diligently prosecuting the following matter:

*14* – Motion for 2004 Examination Trustee's Motion for Examination of Navy Federal Credit Union Pursuant to Federal Rule of Bankruptcy Procedure 2004 filed by Janet M. Meiburger of The Meiburger Law Firm, P.C. on behalf of Janet M. Meiburger. (Meiburger, Janet)

*15* – Notice of Motion (Re: related document(s)14 Motion for 2004 Examination filed by Janet M. Meiburger) filed by Janet M. Meiburger of The Meiburger Law Firm, P.C. on behalf of Janet M. Meiburger. (Meiburger, Janet)

      NOTICE IS HEREBY GIVEN that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice, or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

Date:  October 1, 2018                                 William C. Redden , Clerk
                                                       United States Bankruptcy Court

[ntcfailprosvJuly2013.jsp]                             By /s/ Elizabeth W. Douglass
                                                       Deputy Clerk